IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONATHAN MARCUS GREEN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-827 |
| | § | |
| RICK THALER, Director, | § | |
| Texas Department of Criminal Justice- | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the opinion of the Court of Appeals for the Fifth Circuit on October 9, 2012, vacating this Court's Memorandum and Order [Doc. # 42] dated October 8, 2012, in which this Court granted a stay of execution of Petitioner Jonathan Marcus Green, and remanding the case to this Court for dismissal, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Petitioner Jonathan Marcus Green's petition for a writ of habeas corpus [Doc. # 1; *see* Doc. # 35] is **DISMISSED with prejudice**, except that it is further

**ORDERED, ADJUDGED AND DECREED** that Green's claim that he is currently incompetent to be executed is **DISMISSED without prejudice**.

SIGNED at Houston, Texas, this **10th** day of **October, 2012.**